FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 SEP 16 PM 1:31
MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**JULIO CESAR JAIMES ANGELES,**
(Counts 1, 2, 3, 4, 5, 6, and 7)

**EDGAR JAIMES ANGELES,**
(Count 1)

**ALFREDO JAIMES ANGELES,**
(Count 1)

**JAIR VENCES GUADARRAMA,**
(Count 1)

and

**ISAIAS ANTONIO ADAN ALCAIDE,**
(Count 1)

Defendants.

**No.** 26-CR-112-J

**Ct 1:** **21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), (b)(1)(C)**
(Conspiracy to Distribute Methamphetamine and Cocaine)

**Ct 2:** **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**
(Distribution of Cocaine)

**Ct 3:** **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**
(Distribution of Methamphetamine and Cocaine)

**Ct 4:** **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**
(Distribution of Methamphetamine)

**Ct 5:** **21 U.S.C. §§ 841(a)(1), (b)(1)(B)**
(Distribution of Methamphetamine)

**Ct 6:** **21 U.S.C. §§ 841(a)(1), (b)(1)(A)**
(Possession with Intent to Distribute Methamphetamine)

**Ct 7:** **18 U.S.C. § 924(c)(1)**
(Possession of Firearm in Furtherance of Drug Trafficking Crime)

**Forfeiture Notice**

---

**INDICTMENT**

---

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about March 1, 2023, through July 21, 2026, in the District of Wyoming and elsewhere, the Defendants, **JULIO CESAR JAIMES ANGELES, EDGAR JAIMES ANGELES, ALFREDO JAIMES ANGELES, JAIR VENCES GUADARRAMA, and ISAIAS ANTONIO ADAN ALCAIDE**, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree together, and with other persons known and unknown to the grand jury to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), (b)(1)(C).

**COUNT TWO**

On or about January 28, 2026, in the District of Wyoming, the Defendant, **JULIO CESAR JAIMES ANGELES**, did knowingly, intentionally, and unlawfully distribute a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

**COUNT THREE**

On or about March 18, 2026, in the District of Wyoming, the Defendant, **JULIO CESAR JAIMES ANGELES**, did knowingly, intentionally, and unlawfully distribute a mixture or substance containing a detectible amount of cocaine and a mixture or substance containing a detectible amount of methamphetamine, which are both Schedule II controlled substances.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

**COUNT FOUR**

On or about March 19, 2026, in the District of Wyoming, the Defendant, **JULIO CESAR JAIMES ANGELES**, did knowingly, intentionally, and unlawfully distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

**COUNT FIVE**

On or about April 22, 2026, in the District of Wyoming, the Defendant, **JULIO CESAR JAIMES ANGELES,** did knowingly, intentionally, and unlawfully distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B).

**COUNT SIX**

On or about July 21, 2026, in the District of Wyoming, the Defendant, **JULIO CESAR JAIMES ANGELES**, did knowingly, intentionally, and unlawfully, possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A).

**COUNT SEVEN**

On or about July 21, 2026, in the District of Wyoming, the Defendant, **JULIO CESAR JAIMES ANGELES,** did knowingly possess firearms, namely, a Palmetto State Armory brand rifle and a Smith & Wesson brand rifle, in furtherance of a federal drug trafficking crime, namely, Conspiracy to Distribute Methamphetamine and Cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), (b)(1)(C), as more fully alleged in Count One of this Indictment.

In violation of 18 U.S.C. § 924(c)(1).

## FORFEITURE ALLEGATION I

1. The allegations contained in Counts One, Two, Three, Four, Five and Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1), (a)(2) and (p).

2. Upon conviction of the violation alleged in Counts One, Two, Three, Four, Five and Six of this Indictment, the Defendant, **JULIO CESAR JAIMES ANGELES** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds that the Defendants obtained, directly or indirectly, as a result of the controlled substances violations charged and any of the property, real or personal, used, or intended to be used, in any manner or part, to commit and to facilitate the commission of the controlled substances violations charged in this Indictment, including, but not limited to:

### A. PERSONAL PROPERTY

1. 2023 White Ram ProMaster 2500
2. 2024 White Ram 2500
3. 2022 Chevrolet Tahoe RST 4DR SUV 4WD
4. 2026 Can-Am Maverick R Max X RS
5. 2018 Malibu Axis Wake Boat with trailer
6. 2024 Yamaha JetBlaster
7. 2024 Yamaha JetBlaster
8. 2023 Ram 1500 TRX Crew Cab 4WD

9. Palmetto State Armory brand rifle

10. Smith & Wesson brand rifle

**B. REAL PROPERTY**

1. A home in Etna, Wyoming

2. A home in Victor, Idaho

**C. UNITED STATES CURRENCY**

1. $58,174 seized from a home in Jackson, Wyoming

**D. SUBSTITUTE ASSETS**

In the event any of the foregoing property, as a result of any act or omission of the Defendant:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third party;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 18, to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

This pursuant to Title 21, United States Code, Sections 853(a)(1), (a)(2) and (p).

## FORFEITURE ALLEGATION II

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count Seven, as set forth in this Indictment, the Defendant, **JULIO CESAR JAIMES ANGELES**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition possessed, including but not limited to: a Palmetto State Armory brand rifle, a Smith & Wesson brand rifle, and related ammunition.

A TRUE BILL:

*/s/ Ink Signature on File in the Clerk's Office*
FOREPERSON

DARIN D. SMITH
United States Attorney

**PENALTY SUMMARY**

**DEFENDANT NAME:** **JULIO CESAR JAIMES ANGELES**

**DATE:** September 15, 2026

**INTERPRETER NEEDED:** ***Interpreter Needed***

**VICTIM(S):** No

**OFFENSE/PENALTIES:**

**Ct: 1** **21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), (b)(1)(C)**
(Conspiracy to Distribute Methamphetamine and Cocaine)

10 Years To Life Imprisonment
Up To $10,000,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment

**Ct: 2** **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**
(Distribution of Cocaine)

0-20 Years Imprisonment
Up To $1,000,000 Fine
NLT 3 Years To Life Supervised Release
$100 Special Assessment

**Ct: 3** **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**
(Distribution of Methamphetamine and Cocaine)

0-20 Years Imprisonment
Up To $1,000,000 Fine
Nlt 3 Years To Life Supervised Release
$100 Special Assessment

**Ct: 4** **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**
(Distribution of Methamphetamine)

0-20 Years Imprisonment
Up To $1,000,000 Fine
Nlt 3 Years To Life Supervised Release
$100 Special Assessment

**Ct: 5** **21 U.S.C. §§ 841(a)(1), (b)(1)(B)**
(Distribution of Methamphetamine)

5-40 Years Imprisonment
Up To $5,000,000 Fine
Nlt 4 Years To Life Supervised Release
$100 Special Assessment

**Ct: 6** **21 U.S.C. §§ 841(a)(1), (b)(1)(A)**
(Possession with Intent to Distribute Methamphetamine)

10 Years To Life Imprisonment
Up To $10,000,000 Fine
Nlt 5 Years To Life Supervised Release
$100 Special Assessment

**Ct: 7** **18 U.S.C. § 924(c)(1)**
(Possession of Firearm in Furtherance of Drug Trafficking Crime)

NLT 5 Years to Life Consecutive Imprisonment
Up To $250,000 Fine
5 Years Supervised Release
$100 Special Assessment

**TOTALS:** 0 Years Up To Life Imprisonment
Up to $28,250,000 Fine
3 Years to Life Supervised Release
$700 Special Assessment

**AGENT:** Jeff Allison, DEA

**AUSA:** Brandon J. Rosty, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No

**PENALTY SUMMARY**

**DEFENDANT NAME:** **EDGAR JAIMES ANGELES**

**DATE:** September 15, 2026

**INTERPRETER NEEDED:** ***Interpreter Needed***

**VICTIM(S):** No

**OFFENSE/PENALTIES:**

**Ct: 1** **21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) & (b)(1)(C)**
(Conspiracy to Distribute Methamphetamine and Cocaine)

10 Years To Life Imprisonment
Up To $10,000,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment

**AGENT:** Jeff Allison, DEA

**AUSA:** Brandon J. Rosty, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **ALFREDO JAIMES ANGELES** |
| **DATE:** | September 15, 2026 |
| **INTERPRETER NEEDED:** | ***Interpreter Needed*** |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | |
| **Ct: 1** | **21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) & (b)(1)(C)**<br>(Conspiracy to Distribute Methamphetamine and Cocaine)<br><br>10 Years To Life Imprisonment<br>Up To $10,000,000 Fine<br>5 Years To Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Jeff Allison, DEA |
| **AUSA:** | Brandon J. Rosty, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

**PENALTY SUMMARY**

| | |
|---|---|
| **DEFENDANT NAME:** | **JAIR VENCES GUADARRAMA** |
| **DATE:** | September 15, 2026 |
| **INTERPRETER NEEDED:** | ***Interpreter Needed*** |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | |
| **Ct: 1** | **21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) & (b)(1)(C)**<br>(Conspiracy to Distribute Methamphetamine and Cocaine)<br><br>10 Years To Life Imprisonment<br>Up To $10,000,000 Fine<br>5 Years To Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Jeff Allison, DEA |
| **AUSA:** | Brandon J. Rosty, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

## PENALTY SUMMARY

**DEFENDANT NAME:** **ISAIAS ANTONIO ADAN ALCAIDE**

**DATE:** September 15, 2026

**INTERPRETER NEEDED:** ***Interpreter Needed***

**VICTIM(S):** No

**OFFENSE/PENALTIES:**

**Ct: 1** **21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) & (b)(1)(C)**
(Conspiracy to Distribute Methamphetamine and Cocaine)

10 Years To Life Imprisonment
Up To $10,000,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment

**AGENT:** Jeff Allison, DEA

**AUSA:** Brandon J. Rosty, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No